UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00151-GNS-HBB

JASON JONES																								PLAINTIFF

v.

FLUOR FACILITY & PLANT SERVICES, INC.											DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 38), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

February 21, 2024

cc:	counsel of record